UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN THE MATTER OF APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT | Case No.<br><br>**Filed Under Seal** |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Evan Poisson, being first duly sworn, hereby depose and state as follows:

**I.    INTRODUCTION AND AGENT BACKGROUND**

1. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, in that I am empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516. I am a "federal law enforcement officer" within the meaning of the Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent authorized to enforce criminal laws as duly authorized by the Attorney General to request a search warrant.

2. I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been since August 2023. I attended the Basic Field Training Course at the FBI Academy in Quantico, Virginia. During my training at the FBI Academy in Quantico, Virginia, I received instruction on a variety of investigative and legal matters, to include searches, the drafting of search warrant affidavits, and probable cause. I am currently assigned to the New Haven Division of the FBI, where I have been tasked with investigating violent criminal street gangs involving the smuggling, distribution, and sale of drugs. Prior to becoming an FBI Special Agent, I was a police officer for seven years in Fairfax County, Virginia. As a police officer, I investigated numerous violations of law, including drug distribution, violent street crimes, and firearms offenses. During my career in law enforcement, I have arrested and interviewed subjects of violent criminal street gangs. I have

also spoken to other local, state, and federal law enforcement officers regarding the methods employed by narcotics and firearms traffickers to avoid detection by law enforcement.

3.  In connection with these investigations, I have coordinated controlled purchases of illegal drugs utilizing cooperating sources; conducted electronic and physical surveillance of individuals involved in organized criminal activity; analyzed records documenting the purchase and sale of illegal drugs and other items; and debriefed cooperating sources and drug distributors, as well as other local, state and federal law enforcement officers, regarding the manner and means employed by organized criminal enterprises. I have participated in previous Title III investigations, including by monitoring intercepted communications, completing extensive toll analysis, and conducting physical and electronic surveillance of investigative targets.

4.  I submit this affidavit in support of a criminal complaint and application for an arrest warrant charging TIMOTHY GREGORY, also known as "Zombie," with violations of 18 U.S.C. §§ 922(a)(5) (Unlawful Transfer of Firearms to an Out-of-State Resident), 922(d) (Unlawful Sale or Transfer of Firearms), and 933(a) (Trafficking in Firearms), and 18 U.S.C. § 1715 (Unlawful Mailing of a Firearm) (hereafter the "TARGET OFFENSES").

5.  The facts in this affidavit come from my personal observations, my training and experience, and my conversations with Special Agents and Task Force Officers. This affidavit is intended to show merely that there is probable cause for the requested criminal complaint and arrest warrant and does not set forth all my knowledge regarding this matter.

6.  The investigation has employed several different investigative techniques, including, but not limited to:

    a.  the gathering of intelligence from reliable cooperating sources;

    b.  the examination of records, including call detail records and social media records;

  c. the use of pen registers and trap-and-trace devices;

  d. the obtaining of precise location information;

  e. controlled purchases of firearms;

  f. the execution of court-authorized search warrants.

## II.  PROBABLE CAUSE

7. The Federal Bureau of Investigation (FBI) New Haven Safe Streets Gang Task Force (SSGTF) is investigating the commission of the TARGET OFFENSES by GREGORY, a.k.a. "Zombie." During April 2024, an FBI Confidential Human Source (hereafter "CHS-1"), reported that "Zombie" is willing to traffic firearms to Connecticut from the Arizona area. CHS-1 has a prior criminal history that involves convictions for Risk of Injury, Probation Violation, and Reckless Endangerment. CHS-1 has been determined to be credible and reliable based on the ability of law enforcement to corroborate the information he/she provided.

8. During the course of the investigation, CHS-1 has been communicating with GREGORY through Facebook Messenger at display name "Timothy Smith" with user ID "timothy.bennit." Notably, GREGORY's spouse's last name is "Smith."

9. Investigators later identified "Zombie" as GREGORY and determined that GREGORY was utilizing the Facebook account with the user ID "timothy.bennit." The TARGET ACCOUNT is viewable by the public and GREGORY posted screenshots of his Venmo/Paypal accounts that carry the name "Timothy Gregory." Using various databases, investigators located a Colorado Driver's License photograph of GREGORY. Investigators confirmed that the Driver's License photograph matched the individual in the profile and other photographs posted from the TARGET ACCOUNT. Furthermore, as described below, CHS-1 confirmed that the individual he was speaking to over Facebook video chat matched the Facebook profile photo and DMV photograph for GREGORY.

10. Investigative records from the Bureau of Alcohol, Tobacco, Firearms and Explosives indicate that GREGORY does not have a federal firearms license to distribute firearms, however, New Mexico and Colorado do not require state licenses or permits to purchase or own firearms.

11. On June 10, 2024, the Honorable Maria E. Garcia, United States Magistrate Judge for the District of Connecticut, authorized a search warrant for The TARGET ACCOUNT. The Facebook return for the TARGET ACCOUNT had a phone number associated with it that, as explained below, is the same number that GREGORY ultimately provided to CHS-1 as a contact. Pursuant to an authorized search warrant for that phone number ending in -0396, the subscriber as listed "Tracfone," indicating that Verizon Wireless did not have subscriber information for the phone.

12. On or around April 8, 2024, CHS-1 contacted GREGORY via Facebook messenger/Facebook video chat on the TARGET ACCOUNT through both text messages and video calls. CHS-1 and GREGORY discussed mailing firearms to CHS-1 through the United States Postal Service (USPS) to Connecticut. During these conversations, CHS-1 advised GREGORY that he/she is a convicted felon and therefore is prohibited from possessing firearms. GREGORY indicated that he would still mail firearms to CHS-1 despite this fact. Following the Facebook video chat, CHS-1 told investigators that the individual in the photographs from the TARGET ACCOUNT and the DMV photographs was the same individual who he was communicating with via Facebook video chat, thereby re-affirming that GREGORY is the user of Facebook account with user ID "timothy.bennit."

## SHIPMENT OF THE GLOCK 42 (PARCEL 1)

13.     During May 2024, CHS-1 facilitated the purchase of a pistol from GREGORY at the direction of FBI agents by contacting GREGORY through Facebook Messenger using both text messages and video calls.  In those communications, they discussed the sale of rifles for $400.00 upfront, and $400.00 upon delivery, however ultimately agreed to the sale of a pistol for $400.00. Screenshots of the text communications were captured by CHS-1 and provided to investigators, who reviewed and confirmed the accuracy of CHS-1's statements in his/her debriefs.  GREGORY thereafter mailed a package via USPS with no return address from a post office in Questa, New Mexico to a United States Postal Inspection Service (USPIS) undercover mailing address provided by CHS-1 to GREGORY.[1] After depositing the firearm in the mail, GREGORY sent CHS-1 a picture of the receipt with the USPS tracking number from the TARGET ACCOUNT for the package and advised CHS-1 that it contained a handgun and three magazines.

14.     On or around May 14, 2024, investigators intercepted this package and examined the contents with USPIS Special Agents. The package contained a Glock 42 .380 caliber pistol with serial number ADWT105 and three magazines.  An e-trace on the pistol returned to Stacey Smith, who, through public records and social media, investigators determined is GREGORY's current, but soon-to-be ex-wife. GREGORY also informed CHS-1 that Smith was his soon-to-be ex-wife.  A public record check of Smith indicates that she currently resides in Colorado, with a last known address in the area of Boulder, CO.

15.     After investigators received the pistol, CHS-1 contacted GREGORY at the TARGET ACCOUNT and told him that the package was received.  CHS-1 thereafter facilitated the payment of $400 in U.S. Currency upon receipt of the pistol. CHS-1 met with a mutual

---

[1] Investigators sought surveillance footage from the Questa Post Office, however, were informed that the facility does not have surveillance cameras.

associate of GREGORY in Connecticut and provided him with $400 in U.S. Currency (cash). The mutual associate then paid GREGORY $400 through the Venmo mobile payment application. Investigators know that GREGORY uses a Venmo account with the username "@timmaaay1808" and the display name "Timothy Gregory." CHS-1 then provided investigators with a screenshot of the Venmo transaction, confirming that GREGORY received the $400 for the firearm. Following this transaction, GREGORY told CHS-1 that he has additional firearms for sale, including fully automatic weapons. GREGORY sent CHS-1 photographs of what appeared to be fully automatic weapons via Facebook messenger from the TARGET ACCOUNT.

16.     On or around May 15, 2024, at the direction and under the supervision of investigators, CHS-1 contacted GREGORY at the TARGET ACCOUNT and told GREGORY that he/she is interested in purchasing fully automatic firearms. GREGORY stated that he could not send those through the mail and would instead drive them to Connecticut. GREGORY told CHS-1 that he would be driving to Connecticut to deliver approximately seventy-five (75) pounds of marijuana to a friend within the next two months. GREGORY advised CHS-1 that he currently plans to drive from New Mexico to Connecticut with approximately seven automatic firearms and 75 pounds of marijuana.

## SHIPMENT OF THE AR15 RIFLE (PARCEL 2)

17.     On or around June 13, 2024, at the direction and under the supervision of investigators, CHS-1 discussed purchasing additional firearms through the mail from GREGORY via the TARGET ACCOUNT in text communications and video calls. During this discussion, GREGORY told CHS-1 that he could build four .45 caliber pistols and mail them to Connecticut. GREGORY also informed CHS-1 that he could offer "switches" for the pistols. At the direction of investigative agents, CHS-1 wired GREGORY $2,500 in U.S. Government funds to a Western

Union in "payout location: New Mexico, United States" in the name "Timothy P. Gregory" to pay for the four pistols up front.

18. On or around June 19, 2024, GREGORY contacted CHS-1, confirmed he received the funds, and advised that the order for the pistol parts was delayed. GREGORY told CHS-1 that he could send an AR15 style rifle for free due to the delayed pistol order. On or around June 20, 2024, GREGORY mailed a package with a return address in Questa, New Mexico via USPS from a post office in Questa, New Mexico to a USPIS undercover mailing address provided by CHS-1 to GREGORY. Notably, a pen trap and trace order for the TARGET ACCOUNT showed that the TARGET ACCOUNT logged into an IP address in Questa, New Mexico on or around June 18, 2024, confirming GREGORY's physical presence in New Mexico. GREGORY again sent CHS-1 the tracking number for the package from the TARGET ACCOUNT and advised CHS-1 that it contained a rifle and two thirty round magazines.

19. On or around June 24, 2024, investigators intercepted this package and examined the contents with USPIS Task Force Officers (TFOs). The package contained a .223 caliber AR15 style rifle with serial number JACK11972 and two empty thirty round magazines. No e-trace was run on the rifle to avoid alerting any sellers who may have connections to GREGORY that investigators were looking into the purchases. The rifle was broken down into the upper and lower receiver within the package. CHS-1 contacted GREGORY via the TARGET ACCOUNT and advised him that the package was received. GREGORY told CHS-1 that he was awaiting delivery of the pistol parts. GREGORY also told CHS-1 that he is planning to go to Colorado on or around July 13, 2024, to retrieve more firearms before traveling to Connecticut.

20. On or around June 26, 2024, GREGORY told CHS-1 via the TARGET ACCOUNT that he has up to 300 weapons, some of which are fully automatic, hidden in a mine shaft in

Colorado. GREGORY also asked CHS-1 if he/she wants six hand grenades. After this conversation, agents determined that GREGORY should be apprehended in Colorado in the interest of public safety.

21. During the week ending on July 5, 2024, agents directed CHS-1 to contact GREGORY at the TARGET ACCOUNT and asked if his/her associate in Colorado could meet with GREGORY in person to pick out firearms from GREGORY's mine shaft. GREGORY agreed to this proposal and told CHS-1 that he wanted to sell all his firearms so he could leave the country. GREGORY told CHS-1 that his/her associate can contact him on the telephone number 720-471-0396 (hereafter the "TARGET TELEPHONE") to discuss the transaction. GREGORY also provided CHS-1 with an address in Boulder, Colorado, for the associate to meet GREGORY. An FBI Undercover Employee (hereafter "UCE-1") thereafter contacted GREGORY via the TARGET TELEPHONE and discussed the future transaction. GREGORY told UCE-1 that he was expecting the phone call and told UCE-1 that he wants to get rid of his "stuff," which, based on my knowledge of this investigation, believe to be a reference to "firearms," and move to Australia.

22. On July 15, 2024, UCE-1 called the TARGET TELEPHONE and spoke to GREGORY, who confirmed that he would be in Colorado by "tomorrow" in order to meet the UCE-1 on Thursday, July 18. GREGORY re-confirmed that he has $1.2 million dollars' worth of firearms in his "mine shaft," which he described as reinforced with concrete. Pen trap and trace records confirm the phone calls between the UCE-1 and GREGORY, which were also recorded.

## III.  CONCLUSION

23.  As set forth above, there is probable cause to believe, and I do believe, that TIMOTHY GREGORY has committed violations of the federal laws identified above, and therefore respectfully request the issuance of an arrest warrant and a criminal complaint.

Respectfully submitted,

_____
Evan Poisson
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to me by telephone in New Haven, Connecticut, on July \_\_\_, 2024

_____
HON. ROBERT M. SPECTOR
UNITED STATES MAGISTRATE JUDGE