JUL 31 2024 PM2:32
FILED-USDC-CT-HARTFORD

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRAND JURY H-24-1

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:24CR157(  )(  ) |
| v. | VIOLATIONS: |
| TIMOTHY GREGORY | 18 U.S.C. §§ 933(a)(1), 932(a) and 933(b) (Firearms Trafficking - Transfer) |
| | 18 U.S.C. §§ 922(a)(5) and 924(a)(1)(D) (Unlawful Transfer of Firearm to an Out-of-State Resident) |
| | 18 U.S.C. § 1715 (Mailing Nonmailable Firearms) |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Firearms Trafficking - Transfer)

1.      On or about May 7, 2024, in the District of New Mexico, the defendant TIMOTHY GREGORY did ship, transport, transfer, cause to be transported, or otherwise dispose of a firearm, to wit: a Glock 42 .380 caliber pistol bearing serial number ADWT105 and three magazines, to an individual in the District of Connecticut, whose identity is known to the Grand Jury, in or otherwise affecting interstate or foreign commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the individual would constitute a felony, as defined in Title 18, United States Code, Section 932(a).

In violation of Title 18, United States Code, Sections 933(a)(1) and 933(b).

COUNT TWO
(Unlawful Transfer of Firearm to an Out-of-State Resident)

2. On or about May 7, 2024, in the District of New Mexico, the defendant TIMOTHY GREGORY not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully transfer, sell and deliver a firearm, that is, a Glock 42 .380 caliber pistol bearing serial number ADWT105 and three magazines, to an individual in the District of Connecticut, whose identity is known to the Grand Jury, said person not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, and knowing and with reasonable cause to believe that said person was not then residing in the State of New Mexico, the State in which the defendant was residing at the time of the aforesaid transfer, sale, and delivery of the firearm.

In violation of Title 18, United States Code, Sections 922(a)(5) and 924(a)(1)(D).

COUNT THREE
(Mailing Nonmailable Firearms)

3. On or about May 7, 2024, in the District of New Mexico, the defendant TIMOTHY GREGORY did knowingly deposit for mailing or delivery and knowingly cause to be delivered by mail to the District of Connecticut, according to the directions thereon, a firearm declared as nonmailable, that is a pistol, revolver, or other firearm capable of being concealed on the person, to wit: a Glock 42 .380 caliber pistol bearing serial number ADWT105 and three magazines.

In violation of Title 18, United States Code, Section 1715.

COUNT FOUR
(Firearms Trafficking - Transfer)

4. On or about June 20, 2024, in the District of New Mexico, the defendant TIMOTHY GREGORY did ship, transport, transfer, cause to be transported, or otherwise dispose

of a firearm, to wit a .223 caliber AR-15 style rifle bearing serial number JACK11972 and two thirty round magazines, to an individual in the District of Connecticut, whose identity is known to the Grand Jury, in or otherwise affecting interstate or foreign commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the individual would constitute a felony, as defined in Title 18, United States Code, Section 932(a).

In violation of Title 18, United States Code, Sections 933(a)(1) and 933(b).

## COUNT FIVE
(Unlawful Transfer of Firearm to an Out-of-State Resident)

5.  On or about June 20, 2024, in the District of New Mexico, the defendant TIMOTHY GREGORY not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully transfer, sell and deliver a firearm, that is, a .223 caliber AR-15 style rifle bearing serial number JACK11972 and two thirty round magazines, to an individual in the District of Connecticut, whose identity is known to the Grand Jury, said person not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, and knowing and with reasonable cause to believe that said person was not then residing in the State of New Mexico, the State in which the defendant was residing at the time of the aforesaid transfer, sale, and delivery of the firearm.

In violation of Title 18, United States Code, Sections 922(a)(5) and 924(a)(1)(D).

## COUNT SIX
(Mailing Nonmailable Firearms)

6.  On or about June 20, 2024, in the District of New Mexico, the defendant TIMOTHY GREGORY did knowingly deposit for mailing or delivery and knowingly cause to be delivered by mail to the District of Connecticut, according to the directions thereon, a firearm

declared as nonmailable, that is a pistol, revolver, or other firearm capable of being concealed on the person, to wit: a .223 caliber AR-15 style rifle bearing serial number JACK11972 and two thirty round magazines.

In violation of Title 18, United States Code, Section 1715.

## FORFEITURE ALLEGATION
(Firearms Trafficking Offenses)

7. Upon conviction of one or more of the firearms trafficking offenses alleged in Counts One and Four of this Indictment, the defendant TIMOTHY GREGORY, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 924(d) and 934 and Title 28, United States Code, Section 2461(c), all right, title, and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violations of Title 18, United States Code, Section 933, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, those violations, including but not limited to: a Glock 42 .380 caliber pistol bearing serial number ADWT105; a .223 caliber AR-15 style rifle bearing serial number JACK11972; and associated ammunition and magazines, all of which were seized on or about May 7, 2024 and June 20, 2024.

All in accordance with Title 18, United States Code, Sections 924(d) and 934; Title 21, United States Code, Section 853; Title 28, United States Code, Section 2461(c); and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

## FORFEITURE ALLEGATION
(Firearms Offenses)

8. Upon conviction of one or more of the firearms offenses alleged in Counts Two, Three, Five and Six of this Indictment, the defendant TIMOTHY GREGORY shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States

Code, Section 2461(c), all firearms and ammunition involved in the commission of the offenses, including but not limited to the following items: a Glock 42 .380 caliber pistol bearing serial number ADWT105; a .223 caliber AR-15 style rifle bearing serial number JACK11972; and associated ammunition and magazines, all of which were seized on or about May 7, 2024 and June 20, 2024.

All in accordance with Title 18, United States Code, Section 924(d); Title 21, United States Code, Section 853; Title 28, United States Code, Section 2461(c); and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON

UNITED STATES OF AMERICA

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

STEPHANIE T. LEVICK
ASSISTANT UNITED STATES ATTORNEY